IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE CROM CORPORATION
a florida corporation,

       Plaintiff,                     Case No. 1:08-CV-211-SPM-AK

vs.

ADI SYSTEMS INC
a foreign corporation,

       Defendant.
_____

## ORDER OF DISMISSAL

Pursuant to the parties' "Joint Stipulation for Dismissal Without Prejudice" (doc. 8) and Federal Rule of Civil Procedure 41(a)(1), this matter is ***dismissed without prejudice***.  However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time either party may move to reopen this matter for good cause shown.

DONE and ORDERED this <u>eighteenth</u> day of December, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge